21

FILED
2003 OCT -8 P 12:57
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONNA OWEN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:03 CV 378 (DJS) |
| v. | ) | |
| | ) | |
| GEORGIA PACIFIC, | ) | |
| | ) | |
| Defendant. | ) | October 8, 2003 |

**MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND AND/OR OBJECT TO PLAINTIFF'S DISCOVERY**

Pursuant to Local Rule 9(b), Defendant Georgia Pacific hereby requests a thirty (30) day extension of time, up to and including November 14, 2003, to respond and/or object to Plaintiff's First Request for Production of Documents. In support of this Motion, Defendant states the following:

1. No previous extension of time to respond to discovery has been requested.

2. Given the breadth of the requested discovery and the conflicting schedules of counsel and Defendant's personnel, Defendant requires additional time to assemble information to respond to Plaintiff's request.

3. Plaintiff's counsel, Attorney Stephen P. Horner, has indicated that he has no objection to the granting of this Motion.

10/15/03. GRANTED. All other scheduled dates shall not be modified by this Order.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE