IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 OCT 21  P 2: 34
US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| DONNA OWEN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:03 CV 378 (DJS) |
| vs. ) | |
| ) | |
| GEORGIA-PACIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | October 21, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME
### TO FILE MOTION TO COMPEL

Defendant, Georgia-Pacific Corporation ("Georgia-Pacific" and/or "Defendant"), by its undersigned counsel, moves the Court for an additional extension of time of 20 days to file a Motion to Compel regarding Plaintiff's Responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents. In support of this Motion, Defendant states:

1.   Plaintiff has served responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents, which Defendant initially found unsatisfactory. The parties have met and conferred regarding the responses and believe that they have resolved all outstanding issues.

2.   Defendant previously sought two extensions of time to file a Motion to Compel to allow the parties to try to resolve their disputes and to allow Plaintiff time to obtain and produce responsive documents and the Court granted those requests through and including October 22, 2003. Plaintiff has produced additional documents but needs additional time to obtain and

produce others, and Defendant therefore requests that the Court extend the time to file a Motion to Compel through and including November 10, 2003.

3.      Counsel for Plaintiff does not oppose to the requested extension of time for Georgia-Pacific to file a Motion to Compel. The requested extension will not prejudice either party or result in a delay in these proceedings.

WHEREFORE, for the foregoing reasons and for good cause shown, Georgia-Pacific respectfully moves the Court for a 20-day extension of time – through and including November 10, 2003 – to file a Motion to Compel regarding Plaintiff's Responses to Defendant's First Set of Interrogatories and First Requests for Production of Documents.

Respectfully submitted this 21st day of October, 2003.

GEORGIA-PACIFIC CORPORATION

By: _____
Gregory B. Nokes (CT06095)
McCARTER & ENGLISH, LLP
CityPlace1, 185 Asylum Street
Hartford, CT 06103-3495
(860) 275-6700

Randall D. Avram (CT24717)
Richard D. Haygood (CT24718)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
(919) 420-1700
(919) 510-6107 (facsimile)

Attorneys for Defendant
Georgia-Pacific Corporation

## CERTIFICATE OF SERVICE

This is to certify that I have this date served DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

>Stephen P. Horner, Esq.
>Law Office of Stephen P. Horner
>2183 Boston Post Rd.
>Darien, CT 06820

This 21st day of October, 2003.

_____
Gregory B. Nokes

HARTFORD: 601114.01