UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DONNA OWEN**                                        :
    **Plaintiff**

v.                                                   : CIVIL NO.: 3:03cv378(DJS)

**GEORGIA-PACIFIC CORPORATION**   :
    **Defendant**

**ORDER**

The Defendant's Motion for Extension of Time to File a Motion to Compel (Doc. #23) is hereby **GRANTED to and including November 10, 2003.** There will be no further extensions of time granted.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this   3rd   day of November, 2003.


                                                   /s/DJS
                                                 Dominic J. Squatrito
                                                 United States District Judge