## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA OWEN**     Plaintiff | : |
| v. | : CIVIL NO.: 3:03cv378(DJS) |
| **GEORGIA-PACIFIC**     Defendant | : |

### ORDER

The Consent Protective Order as to the Production of Confidential Documents (Doc. #25) is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___10th___ day of December, 2003.

_/s/DJS_____
Dominic J. Squatrito
United States District Judge