IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA OWEN, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:03 CV 378 (DJS) |
| vs. ) | |
| ) | |
| GEORGIA-PACIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | December 18, 2003 |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
THE DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Pursuant to Rules 16(b) and 6(b) of the Federal Rules of Civil Procedure, Defendant, Georgia-Pacific Corporation ("Georgia-Pacific" and/or "Defendant") with consent of the Plaintiff's counsel and for good cause shown, moves the Court for a one-week extension of time to file a dispositive motion in the above-captioned matter. In support of this Motion, Defendant states:

1. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order can be modified upon a "showing of good cause and by leave of the district court judge or, when authorized by local rule, by a magistrate judge." Fed. R. Civ. P. 16(b);

2. The Parties have diligently conducted discovery; both serving and responding to written discovery and taking depositions;

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

3.  Pursuant to this Court's April 15, 2003 Order, discovery concluded on December 5, 2003 and the deadline for filing dispositive motions is January 5, 2003;

4.  The parties have not received certified deposition transcripts from the depositions taken in this case. Counsel for Defendant has contacted the court reporting service that attended the depositions, and understands that the transcription has been delayed due to a staff member's illness. Defendant anticipated that the certified transcript from Plaintiff's deposition would be delivered on December 17, 2003, but it has yet to arrive. The court reporter has estimated that the transcript from the deposition of Plaintiff's supervisor, Wayne Grant, will be completed by December 19, 2002. Even if the transcript is completed by that date, the parties likely will not receive the transcript until the week containing the Christmas holiday.

5.  In light of the intervening Christmas and New Years' holidays, Defendant requires additional time to review the deposition transcripts and prepare its motion for summary judgment and related pleadings. Accordingly, Defendant requests a one-week extension of time to file its dispositive motion in this matter, through and including January 12, 2003.

6.  Plaintiff has consented to this brief extension, and the granting of a one-week extension of time to file a dispositive motion will not prejudice any party or delay the proceedings in this matter.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court enter an Order granting Defendant's Unopposed Motion To Extend The Deadline To File Dispositive Motions, and extending the dispositive motions deadline through and including January 12, 2003.

Respectfully submitted this 18th day of December, 2003.

                                        GEORGIA-PACIFIC CORPORATION

                                        By: _____
                                            Gregory P. Nokes (CT06095)
                                        MCCARTER & ENGLISH
                                        CityPlace 1
                                        185 Asylum Street
                                        Hartford, Connecticut 06103-3495

                                        Randall D. Avram (CT24717)
                                        Richard D. Haygood (CT24718)
                                        HUNTON & WILLIAMS
                                        One Hannover Square, 14th Floor
                                        Raleigh, North Carolina 27601
                                        Telephone:  (919) 899-3000
                                        Facsimile:   (919) 833-6352

                                        Attorneys for Defendant
                                        Georgia-Pacific Corporation

## CERTIFICATE OF SERVICE

This is to certify that I have this date served **DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS** by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

>Stephen P. Horner, Esq.
>Law Office of Stephen P. Horner
>2183 Boston Post Rd.
>Darien, CT 06820

This 18th day of December, 2003.

_____
Gregory B. Nokes

HARTFORD: 605183.01