UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA OWEN**                 **Plaintiff** | : |
| v. | :    CIVIL NO.: 3:03cv378(DJS) |
| **GEORGIA-PACIFIC CORPORATION**                 **Defendant** | : |

**ORDER**

The Defendant's Uopposed Motion to Extend the Deadline for Filing Dispositive Motions (Doc. #27) is hereby **GRANTED to and including January 12, 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   8th   day of January, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge