IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA OWEN ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:03 CV 378 (DJS) |
| v. ) | |
| GEORGIA-PACIFIC CORPORATION ) | |
| Defendant. ) | January 12, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Georgia-Pacific Corporation ("Georgia-Pacific" or "Defendant"), hereby moves the Court to grant summary judgment as to all counts of Plaintiff's Complaint. The undisputed material facts, which are set forth in the accompanying Local Rule 56(a)1 Statement, reveal that Defendant is entitled to summary judgment as a matter of law.

In support of this Motion, Defendant submits the accompanying Memorandum of Law.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted this 12th day of January, 2004.

            KILPATRICK STOCKTON LLP

            Randall D. Avram (CT24717)
            Richard D. Haygood (CT24718)
            3737 Glenwood Avenue, Suite 400
            Raleigh, North Carolina   27612
            Telephone:  919.420.1700
            Facsimile:  919.420.1800

            Gregory B. Nokes (CT06095)
            MCCARTER & ENGLISH
            City Place 1
            185 Asylum Street
            Hartford, Connecticut  06103-3495

            Attorneys for Defendant,
            Georgia-Pacific Corporation

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing Defendant's Motion for Summary Judgment by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

>Stephen P. Horner, Esq.
>Law Office of Stephen P. Horner
>2183 Boston Post Road
>Darien, Connecticut  06820

This 12th day of January, 2004.

_____
Gregory B. Nokes

HARTFORD: 606266.01