IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA OWEN | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:03 CV 378 (DJS) |
| v. | ) |
| GEORGIA-PACIFIC CORPORATION | ) |
| Defendant. | ) January 12, 2004 |

**DEFENDANT'S NOTICE OF FILING SEALED DOCUMENTS:**
**DEFENDANT'S LOCAL RULE 56(a)1 STATEMENT AND MEMORANDUM**
**OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Georgia-Pacific Corporation hereby files its Local Rule 56(a)1 Statement and Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment ("Memorandum") under seal of confidentiality, pursuant to the Court's Protective Order entered on December 10, 2003, a copy of which is attached.

By filing this Notice, Defendant hereby requests that the Local Rule 56(a)1 Statement, together with its attached exhibits, and the Memorandum of Law In Support of Defendant's Motion for Summary Judgment be kept by the Court under seal of confidentiality and made available only to the Court and persons authorized by the Court.

Respectfully submitted this 12th day of January, 2004.

                                                  */s/*

Randall D. Avram (CT24717)
Richard D. Haygood (CT24718)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina  27612
Telephone:  919.420.1700
Facsimile:  919.420.1800

Gregory B. Nokes (CT06095)
MCCARTER & ENGLISH
City Place 1
185 Asylum Street
Hartford, Connecticut  06103-3495

Attorneys for Defendant,
Georgia-Pacific Corporation

2

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the within and foregoing Notice of Filing Sealed Documents by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

> Stephen P. Horner, Esq.
> Law Office of Stephen P. Horner
> 2183 Boston Post Road
> Darien, Connecticut 06820

This 12th day of January, 2004.

Gregory B. Nokes

HARTFORD: 606267.01