UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| DONNA OWEN |
| Plaintiff, |
| v. |
| GEORGIA PACIFIC |
| Defendant. |

CIVIL ACTION NO.
3:03 CV 378 (DJS)

January 30, 2004

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND FOR THE PRE-TRIAL MEMO

Plaintiff moves for an extension of time to respond to defendant's Motion for Summary Judgment from February 1, 2004 to February 24, 2004 due to plaintiff counsel's heavy case load, plaintiff's vacation, and the voluminous size of defendant's Summary Judgment Motion papers.

Plaintiff also moves for an extension of time for the filing of the pre-trial memo from February 5, 2004 to March 4, 2004 due to plaintiff counsel's heavy case load and his working on the response to defendant's Summary Judgment Motion

Defense counsel has been contacted and he has no objection to either of the two Motions.

This is plaintiff's first request for an extension on both deadlines.

With regard to the parties contacting the court this week to arrange for a case management conference call with the court on the status of the case, plaintiff's counsel contacted defense counsel in that regard but defense counsel was out of the

office. Both parties' counsel will contact the court early this coming week to arrange for the case management conference call.

                                        **THE PLAINTIFF:**
                                        DONNA OWEN

By: _____
            Stephen P. Horner, Esquire
            2183 Boston Post Road
            Darien, Connecticut 06820
            Federal Bar Number: ct 02460
            (203) 655-7905

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing was sent via first class mail, postage prepaid on January 30, 2004 to:

>Richard D. Haygood, Esq.
>Kilpatrick Stockton LLP
>3737 Glenwood Avenue, Suite 400
>Raleigh, North Carolina 27512

*[signature]*
_____
Stephen P. Horner