## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONNA OWEN** : | |
|     Plaintiff | |
| | |
| v. : | CIVIL NO.: 3:03cv378(DJS) |
| | |
| **GEORGIA-PACIFIC CORPORATION** : | |
|     Defendant | |

### ORDER

The Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment and for the Pre-Trial Memo (Doc. #33) is hereby **GRANTED in part.** The plaintiff can respond to the Motion for Summary Judgment **to and including February 24, 2004.** The extension to file the pretrial memo is **DENIED.** After the summary judgment has been ruled on, the parties will have 30 days to file their joint trial memorandum.

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this __5th__ day of February, 2004.


                                            /s/DJS
                                            Dominic J. Squatrito
                                            United States District Judge