UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| DONNA OWEN | |
|---|---|
| Plaintiff, | |
| v. | |
| GEORGIA PACIFIC | |
| Defendant. | |

CIVIL ACTION NO.
3:03 CV 378 (DJS)

2004 FEB 24 A 11: 30

U.S. DISTRICT COURT
HARTFORD, CT.

February 23, 2004

## AFFIDAVIT

STATE OF CONNECTICUT:
: ss:
COUNTY OF FAIRFIELD :

I, STEPHEN P. HORNER, being duly sworn, hereby depose and state as follows:

1.   I am an attorney and I represent the plaintiff, Donna Owen, in the above referenced case.

2.   A true and correct copy of the Affidavit of Donna Owen is attached to this affidavit as Exhibit A.

3.   Excerpts from the December 4, 2003 deposition of Wayne Grant are attached to this Affidavit as Exhibit B.

4.   Excerpts from the November 25, 2003 deposition of Donna Owen are attached to this Affidavit as Exhibit C.

I have read the above paragraphs and they are true to the best of my knowledge and belief.

_____
Stephen P. Horner

Subscribed and sworn to before
me this 23 day of Feb-, 2004.

_____
Notary Public/Commissioner of the
Superior Court

Frank A. Arena
Notary Public of Connecticut
My Commission Expires 12/31/2005

My Commission expires:

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing was sent via first class mail, postage prepaid on February 23, 2004 to:

    Richard D. Haygood, Esq.
    Kilpatrick Stockton LLP
    3737 Glenwood Avenue, Suite 400
    Raleigh, North Carolina 27512

_____
Stephen P. Horner