

PLAINTIFF'S EXHIBIT
A
ALL-STATE® INTERNATIONAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| |
|---|
| DONNA OWEN |
|         Plaintiff, |
| v. |
| GEORGIA PACIFIC |
|         Defendant. |

CIVIL ACTION NO.
3:03 CV 378 (DJS)

February 23, 2004

## AFFIDAVIT

STATE OF CONNECTICUT:
                : ss:
COUNTY OF FAIRFIELD :

I, DONNA OWEN, being duly sworn, hereby depose and state as follows:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I make this affidavit based on my personal knowledge.

3. I am the plaintiff in the above referenced case.

4. I was informed by defendant's management that the TPM process was to be utilized beginning in the Fall of 2001 for planning year 2002.

5. I was unaware of the express disclaimer in the defendant's termination of employment policy which was located on the Intranet when I reviewed the TPM policy or at anytime thereafter while employed by the defendant.

6. I was instructed by Wayne Grant to maximize the profits of sales rather than volume of sales alone, especially because of the capacity constraints

with defendant's manufacturing.

7. I was treated differently and badly by Wayne Grant after I complained about his poor supervision to Human Resources in late 2000.

8. Wayne Grant largely ignored me and shunned me after I complained about his poor supervision to Human Resources in late 2000.

9. Although Wayne Grant was a good "Product Manager", he was an ineffective Department Marketing Manager in light of the way he treated me.

10. Although I complained to Lori Richman of Human Resources several times about Wayne Grant's hostility towards me, I continued to experience hostility from Wayne Grant.

11. I was not placed on a Performance Improvement Plan by Wayne Grant regarding my performance.

12. I was not given any written warnings by Wayne Grant regarding my job performance.

13. I was not warned by Wayne Grant or by anyone else that I could be terminated if my job performance did not improve.

14. I did not receive adequate assistance from Wayne Grant while working for him.

I have read the above paragraphs and they are true to the best of my knowledge and belief.

_____
Donna Owen

Subscribed and sworn to before me this 23 day of February, 2004.

_____
Notary Public/Commissioner of the Superior Court

My Commission expires:

BARBARA J. LUCAS
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing was sent via first class mail, postage prepaid on February 23, 2004 to:

Richard D. Haygood, Esq.
Kilpatrick Stockton LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27512

_____
Stephen P. Horner

- 3 -

**Performance Evaluation**
**Dixie Foodservice**
Donna Owen
July 28th, 2000



This serves as an interim review of Donna Owen's performance for the first six months of her new assignment as Product Manager for Dixie Foodservice. Donna has responsibility for the Foodservice plastic cup and container business.

### Accomplishments
Donna has established a solid footing in the Plastics business to date. Donna is new to the company, and took on a difficult assignment. We were in the midst of trying to relaunch our clear cup line for the third time in as many years. This required product reformulation and new tooling. On top of this, we had earned a primary supplier position on plastics with both Sysco and Alliant. Each of these required significant work around new skus (new graphics, collateral, etc.). Further, each required a good functional clear cup line. Donna jumped right into this and has navigated these two customer programs to today, where we are in good stead with Sysco, and have a clear plan to get that way with Alliant.

Donna has also worked to learn the basics of how we operate. This has been primarily on her own, since I have had little time to train her.

### Strengths
Donna is assertive, and takes a leadership role in her area of responsibility. She is working to improve the plastics business from a product performance and a profitability standpoint. She has approached Sales Management on a few occasions to identify ways we can be more effective organizationally, and, in particular, so that marketing can spend more time on what we should be, namely strategic planning, new products, and new programs.

### Areas to Focus On
Donna has a style that often is assertive, but sometimes is aggressive. This is not productive, and has put some important relationships she needs to have in question. Specifically, with some people in Product Supply lead roles, and Sales Managers. We have had a couple of discussions around this, and I am seeing some improvement. However, this is an area that Donna will need to continue to work.

Additionally, Donna needs to work closely with Sales to ensure we deliver the 2000 Plan for plastics.

### Overall Assessment
Donna has started off acceptably in her new assignment. These next six months will serve as a good indicator around her ability to step up and create the compelling programs and products to keep the strong momentum in Plastics going.

### Rating
2.9

                    Wayne A. Grant, Director of Marketing, Dixie Foodservice

D00026 CONFIDENTIAL

**Performance Evaluation**
**Dixie Foodservice**
Donna Owen
December 31, 2000



This serves as the annual review of Donna Owen's performance as Product Manager for Dixie Foodservice. Donna has responsibility for the Foodservice plastic cup and container business.

### Accomplishments

The plastics business exceeded volume plan in 2000 by 7%, however, it shortfell income plan by 10%. Each of these results were driven by the Sysco plastics program implemented in Q4, 99.

Donna was new to the company in 2000, and took on a challenging assignment. We were in the midst of trying to relaunch our clear cup line for the third time in as many years. This required product reformulation and new tooling. On top of this, we had earned a primary supplier position on plastics with both Sysco and Alliant. Each of these required significant work around new skus (new graphics, collateral, etc.). Further, each required a good functional clear cup line. Donna jumped right into this and has navigated these two customer programs to date.

Donna was a team member of the Sandusky integration, which was completed in a timely manner.

### Strengths
Donna is assertive, and takes a leadership role in her area of responsibility. She is working to improve the plastics business from a product performance and a profitability standpoint.

### Areas to Focus On

Donna needs to deliver the 2001 IFO and Volume Plan for plastics.

Donna needs to work in several areas to bring her performance up to the ongoing level required of a Product Manager in Dixie Foodservice.

First, she needs to improve the quality and completeness of her work. Too often, the work is not clearly thought through and preliminary level questioning results in "I'll have to get back to you."

Donna needs to adopt a process where she:
- Focuses on the opportunity or issue
- Thinks it through, gathers all the key data, establishes a deep understanding, and clearly articulates the problem and possible solutions
- Lands on a recommended solution, then tests it for strategic fit, reasonableness and doability.
- Brings it forward to the parties that need to sign on and gain their agreement
- Then implement it.

Secondly, Donna needs to work on her quantitative and analytical skills. This is a critical requirement for the Marketing positions in our business.

Thirdly, it is important that Donna recognizes and embraces that "The buck stops" at her desk when it comes to plastic cups and containers. Donna has shown a tendency to cast blame elsewhere, when things are not done as they should have been done.

Finally, Donna has a style that often is assertive, but sometimes is aggressive. This most often comes through in e-mails. This is not productive, and has put some important relationships she needs to have in question; specifically, with product supply and sales. We have had several discussions around this, and I am seeing some improvement. However, this is an area that Donna will need to continue to work.

D00024    CONFIDENTIAL

**Overall Assessment**
Donna has established a basic footing in the Plastics business to date, but is not where she needs to be, ongoing. Plastics performance in 2000 was largely predetermined by the Sysco business award in Q4, 1999. Performance in 2001 will be largely determined by Donna's leadership and management of Plastics, and in particular the clear cup and soufflé categories. The first quarter of 2001 will be a key indicator around her ability to step up, create the compelling programs and motivate the organization to keep the momentum in Plastics going.

**Rating**
2.9

*[signature]* 2/2/01
Wayne A. Grant, Director of Marketing, Dixie Foodservice

X    see front page
Donna Owen

D00025    CONFIDENTIAL

Performance Evaluation
Donna Owen

March 1, 2002

This serves as a review of Donna Owen's performance during 2001. Donna has responsibility for the Foodservice plastic cup and container business. For 2001, volume was 2,571M stat cases, -135M cases, -5% vs. Plan. Variable contribution was $12,552M, +$649M, +5% vs. Plan.

During Donna's annual review for the year ending 2000, several areas were identified that needed focus. In general, there has been modest improvement in Donna's performance in these areas during 2001.

However, three critical areas of Donna's performance remain of concern. These areas are Analytic Skills, Leadership and People Management.

Analytic Skills
***Donna has difficulty with analyzing numbers and data.*** For example, the process to set pricing for our PET cup launch contained a key piece of analysis around competitive price data. This was presented on a chart for comparison. However, we found that the pricing had not been equivalized to a stat case basis, and so we were comparing apples and oranges, making the analysis very difficult, and making the decision on setting price less clear. Frequently price requests from the field go back and forth because Donna's response does not make sense. Examples are: price is for the wrong items, higher than base price. Well-developed analytic skills are a requirement for a product manager position.

Leadership
***Donna's effectiveness in this area is inconsistent.*** Donna's ability to identify the critical success factors for her business and to then focus her and the organization on making them happen in a timely manner is not at the level it needs to be. A specific example where this happened this year was with the Sysco Soufflé Full Case Conversion project. By March, we had the key information we needed to implement the change from half to full cases. This was a relatively straightforward change and should have taken no more than 16 weeks to implement to start ship. Key milestone dates slipped, and the new products did not start shipping until mid-October. This resulted in Dixie Foodservice looking somewhat negatively to Sysco. This has improved somewhat with Donna's leadership of the PET Rollout along with the Papa John's Soufflé Combo Pack Project, but it is still not at the level of Product Manager. To effectively lead the plastics category for Dixie Foodservice, one needs to be able to identify the critical success factors for that business, translate those into projects, sell the organization on them, and then go make them happen.

People Management
***Donna's approach often creates friction that is counterproductive.*** Donna is generally perceived by Sales managers and reps as having little respect for their function, being argumentative, and lacking business knowledge. I have received feedback relative to numerous situations where this has occurred. One illustration is a case where a Sales Manager claimed a loss of clear cup business due to continued quality problems. Donna claimed the quality issues had been taken care of (in fact, they had not), and that total clear cup business was +126% over year ago so, "maybe your view is only covering the few accounts you deal with." This response was inaccurate and argumentative, and showed no empathy. Donna's responses frequently are like this. A Senior Operations person characterized Donna's approach as "she tells people the answer, before getting their input, and without having knowledge about the particular area." To be effective in this highly matrixed organization, well-honed people management skills are necessary. Donna needs to make improvement in this area, as it has become a significant liability for her as well as for the plastics business. The successful approach to people management begins with getting the input of the resident experts, combining all those inputs, and putting together a recommended action for all to review, agree to, and then support implementing. This approach leads to shared ownership, which is required to make this complex business work.

These three areas are the foundation of a successful product manager. These concerns put into question Donna's ability to be effective in this organization.

**Rating: 2**
**Wayne A. Grant, Director of Marketing**

CONFIDENTIAL

D000023