UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA OWEN, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | :   CASE NO. 3:03V378 (DJS) |
| | : |
| GEORGIA-PACIFIC CORPORATION, | : |
| | : |
|     Defendant. | : |

## JUDGMENT

This action having come on for consideration of Georgia-Pacific's motion for summary judgment [dkt.#29] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the defendant's motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of Georgia-Pacific Corporation on all plaintiff's claims.

Dated at Hartford, Connecticut, this 26th day of August 2005.

                                           KEVIN F. ROWE, Clerk

                                           By   _____
                                                   Terri Glynn
                                                   Deputy Clerk