IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
CIVIL ACTION NO. 3:03V378 (DJS)

| | |
|---|---|
| DONNA OWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT GEORGIA-PACIFIC'S ITEMIZATION AND DOCUMENTATION FOR REQUESTED COSTS** |
| ) | |
| GEORGIA-PACIFIC CORPORATION, ) | |
| ) | |
| Defendant. ) | |

1. Fees of the Court Reporter for All or Any Part of the Transcript Necessarily Obtained for Use in the Case:

| **Description** | **Date of Proceeding** | **Cost** |
|---|---|---|
| Appearance and Transcript Fees for Deposition of Donna C. Owen | November 25, 2003 | $1,478.00 |
| Copy of Deposition Transcript of Wayne Grant | December 4, 2003 | $245.70 |
| **TOTAL** | | **$1,723.70** |

The plaintiff's deposition transcript was necessarily obtained to prepare Defendant's Motion for Summary Judgment. Mr. Grant was the Director of Dixie Food Service Marketing at Georgia-Pacific's Ft. James' facility where Ms. Owen was employed. Mr. Grant was the Plaintiff's supervisor during the period relevant to the claims asserted in this litigation. Plaintiff noticed the deposition of Mr. Grant and a copy of this transcript was obtained to prepare Defendant's Motion for Summary Judgment. A

true and correct copy of the invoices for the cost of these depositions is attached as "Exhibit A."

2.  Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case:

Pursuant to Local Rule 54 (c) 3 (iii), Defendant incurred the following costs for copies of exhibits appended to Defendant's successful motion for summary judgment. The taxable costs for copies which Defendant seeks reimbursement are set forth below:

| **Description** | **Number of Copied Pages** | **Cost** |
|---|---|---|
| Exhibits Submitted in Support of L. R. 56(a)(1) Statement Appended to Its Memorandum of Law in Support of Motion for Summary Judgment | 300 | $45.00 (300 x $.15) |
| **TOTAL** | | **$45.00** |

3.  Other Costs:

Pursuant to Local Rule 54 (c) 6 (iii), Defendant incurred fees in the amount of $150.00 for the cost of removing this case from the Superior Court of the State of Connecticut, Judicial District of Stamford/Norwalk to the United States District Court for the District of Connecticut.

4.  The total taxable cost incurred is this case is $1,918.70.

Respectfully submitted this the __7__ day of October, 2005.

                GEORGIA-PACIFIC CORPORATION

                _____
                Gregory B. Nokes
                McCARTER & ENGLISH
                CityPlace 1, 185 Asylum St.
                Hartford, CT 06103-3495
                Ph. (860) 275-6712

                Randall D. Avram
                Richard D. Haygood
                KILPATRICK STOCKTON, LLP
                3737 Glenwood Avenue, Suite 400
                Raleigh, North Carolina 27612
                Telephone:   (919) 420-1700
                Facsimile:    (919) 420-1800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Itemization and Documentation for Requested Costs** has been duly served by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

>Stephen P. Horner, Esq.
>Law Office of Stephen P. Horner
>2183 Boston Post Rd.
>Darien, CT 06820

This the ___7___ day of October, 2005.

_____
Gregory B. Nokes

# EXHIBIT A

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

KILPATRICK STOCKTON
3737 GLENWOOD AVE. #400
RALEIGH, NC 27612

INVOICE NO.        14151
INVOICE DATE:    12/16/2003
REPORTER:

ATTN: RICHARD HAYGOOD, ESQ.

VIKTORIA STOCKMAL

*DONNA OWEN VS. GEORGIA-PACIFIC*

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 11/25/2003 | DEPOSITIONS: DONNA C. OWEN | 1.00 | | |
| | ORIG. & 1 COPY @ $4.40 | 320.00 | 4.40 | 1,408.00 |
| | INCLUDED THE ROUGH DRAFT E-MAIL) | 1.00 | | |
| | ATTENDANCE | 1.00 | 70.00 | 70.00 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 12/16/2003 | JURAT PREPARATION | 1.00 | 15.00 | 15.00 |
| | FED. EXP. (2ND DAY) | 1.00 | 121.00 | 121.00 |
| | SALES TAX | 1.00 | 99.84 | 99.84 |

Sub Total    1,763.84
Paid    0.00
Balance Due    1,763.84

**PLEASE RETURN ONE COPY WITH REMITTANCE**



RECEIVED DEC 22 2003
By_____

**SANDERS, GALE & RUSSELL, INC.**
P.O. BOX 1048
NEW HAVEN, CT  06504
203-624-4157
1-800-824-4541

KILPATRICK STOCKTON
3737 GLENWOOD AVE. #400
RALEIGH, NC 27612

ATTN: RICHARD HAYWOOD, ESQ.

*DONNA OWEN VS. GEORGIA-PACIFIC*

INVOICE NO.         14227
INVOICE DATE:    12/29/2003
REPORTER:
VIKTORIA STOCKMAL

ID#: 06-0768608

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 12/04/2003 | DEPOSITIONS: WAYNE GRANT | 1.00 | | |
| | PAGES, 1 COPY @ $1.95 | 126.00 | 1.95 | 245.70 |
| | ASCII DISK | 1.00 | 25.00 | 25.00 |
| | MINITRANSCRIPT @ $25.00 | 1.00 | 25.00 | 25.00 |
| 12/29/2003 | FED. EXP. (2ND DAY) | 1.00 | 21.00 | 21.00 |
| | SALES TAX | 1.00 | 19.00 | 19.00 |

Sub Total    335.70
Paid              0.00
Balance Due   335.70

**PLEASE RETURN ONE COPY WITH REMITTANCE**


RECEIVED JAN - 2 2004 By