UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA OWEN<br>　　　　Plaintiff,<br>v.<br>GEORGIA PACIFIC<br>　　　　Defendant. | **CIVIL ACTION NO.**<br>3:03 CV 378 (DJS)<br><br>November 3, 2005 |

### PLAINTIFF'S APPEAL OF THE AWARD OF COSTS

Pursuant to Local Rule 54(d), the plaintiff appeals the award of costs in this matter due to her poor financial ability to pay such costs.

　　　　　　　　　　**THE PLAINTIFF:**
　　　　　　　　　　DONNA OWEN


　　　　　　By:_____
　　　　　　　　Stephen P. Horner, Esquire
　　　　　　　　Horner & Bagnell LLC
　　　　　　　　2183 Boston Post Road
　　　　　　　　Darien, Connecticut 06820
　　　　　　　　Federal Bar Number:  ct 02460
　　　　　　　　(203) 655-7905

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing was sent via first class mail, postage prepaid on November 3, 2005 to:

        Gregory Nokes, Esq.
        McCARTER & ENGLISH
        CityPlace 1, 185 Asylum Street
        Hartford, CT 06103-3495

        Richard Haygood, Esq.
        Kilpatrick Stockton LLP
        3737 Glenwood Avenue, Suite 400
        Raleigh, North Carolina 27612


        _____
        Stephen P. Horner