UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONNA OWEN<br>          Plaintiff,<br><br>v.<br><br>GEORGIA PACIFIC<br>          Defendant. | **CIVIL ACTION NO.**<br>3:03 CV 378 (DJS)<br><br><br>November 3, 2005 |

MEMORANDUM IN SUPPORT OF PLAINTIFF'S
APPEAL OF THE AWARD OF COSTS

BACKGROUND

The Court granted defendant Georgia Pacific's motion for summary judgment in the above cited case on August 26, 2005.

Defendant Georgia Pacific filed its request for costs in the amount of $1,918.70 on October 4, 2005.

The Court Clerk signed an Order awarding $1,918.70 to the defendant on October 31, 2005.

ARGUMENT

Pursuant to Local Rule 54(d), the plaintiff appeals the award of costs in this matter due to her poor financial ability to pay such costs. Attached to this memorandum is plaintiff Owen's affidavit in support of her contention that her financial ability to pay such ordered costs is poor.

As the affidavit makes clear, plaintiff is making little money and has incurred substantial debt since being discharged by defendant. She states in her affidavit that: "...it would be a great hardship to pay Georgia Pacific's costs in this case."

In addition, plaintiff is in the process of obtaining a divorce from her husband. In

that regard, she has requested indigent status and the Family Court has determined that she is indigent. Accordingly, the entry fee and the filing fee were both waived as noted on the attached documents.

CONCLUSION

    For the above cited reasons, plaintiff respectfully requests that she not be ordered to pay Georgia Pacific's costs in the instant matter.

                              THE PLAINTIFF:
                              DONNA OWEN

                     By:_____
                              Stephen P. Horner, Esquire
                              Horner & Bagnell LLC
                              2183 Boston Post Road
                              Darien, Connecticut 06820
                              Federal Bar Number:  ct 02460
                              (203) 655-7905

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the foregoing was sent via first class mail, postage prepaid on November 3, 2005 to:

  Gregory Nokes, Esq.
  McCARTER & ENGLISH
  CityPlace 1, 185 Asylum Street
  Hartford, CT 06103-3495

  Richard Haygood, Esq.
  Kilpatrick Stockton LLP
  3737 Glenwood Avenue, Suite 400
  Raleigh, North Carolina 27612

        _____
        Stephen P. Horner