IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
CIVIL ACTION NO. 3:03V378 (DJS)

| | |
|---|---|
| DONNA OWEN,          )<br>                              )<br>     Plaintiff,             )<br>                              )<br>v.                            )<br>                              )<br>                              )<br>                              )<br>                              )<br>GEORGIA-PACIFIC CORPORATION, )<br>                              )<br>     Defendant.         )<br>                              ) | **DEFENDANT GEORGIA-PACIFIC'S RESPONSE TO PLAINTIFF'S APPEAL OF THE AWARD OF COSTS** |

Comes now, Defendant Georgia-Pacific Corporation ("Georgia-Pacific"), pursuant to Local Rule 54(d), and files its Response to Plaintiff's Appeal of the Award of Costs.

In accordance with Local Rule 54, Georgia-Pacific filed its verified Bill of Costs, together with an attached itemization, on October 7, 2005. All of the costs sought by Georgia-Pacific were expressly allowed by Local Rule 54 and the applicable federal statutes. Plaintiff failed to file any objections to Georgia-Pacific's Bill of Costs.

On October 31, 2005, the Clerk entered an Order approving Georgia-Pacific's Bill of Costs. Despite having failed to object to Georgia-Pacific's Bill of Costs, on November 4, 2005 Plaintiff filed an appeal of the Clerk's Order awarding costs ("Plaintiff's appeal").

Plaintiff's appeal is governed by Local Rule 54(d), which provides that any application for review of an award of costs "shall specify which portions of the Clerk's ruling are the subject of the objection and shall specify the reasons therefore." Plaintiff's

appeal has not specified any specific portion of the Clerk's award to which she objects, nor has Plaintiff argued that the award failed to comply with any rule. As such, Plaintiff's Appeal should be denied.

Respectfully submitted this the 14th day of November, 2005.

GEORGIA-PACIFIC CORPORATION

_____
Gregory B. Nokes
McCARTER & ENGLISH
CityPlace 1, 185 Asylum St.
Hartford, CT  06103-3495
Ph. (860) 275-6712

Randall D. Avram
Richard D. Haygood
KILPATRICK STOCKTON, LLP
3737 Glenwood Avenue, Suite 400
Raleigh, North Carolina 27612
Telephone:    (919) 420-1700
Facsimile:     (919) 420-1800

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant Georgia-Pacific's Response To Plaintiff's Appeal Of The Award Of Costs has been duly served by depositing a true and correct copy of same in the United States mail with adequate first-class postage affixed thereon, addressed as follows:

> Stephen P. Horner, Esq.
> Law Office of Stephen P. Horner
> 2183 Boston Post Rd.
> Darien, CT 06820

This the 14th day of November, 2005.

_____
Gregory B. Nokes

ME1\5339042.1